IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Javonka Nelson,<br>    Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership,<br>    Defendant. | § § § § § § §    CIVIL ACTION NO. H-12-2880 |

## ORDER

On November 7, 2013, the Court ordered that settlement papers be submitted no later than December 4, 2013, or the case would be dismissed. Since the parties have not submitted closing papers, this action is **DISMISSED** without prejudice.

Signed this 20th day of December, 2013, at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE